IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN THOMPSON, JR.** <br> **Petitioner,** <br> <br> v. <br> <br> **LOUIS B. FOLINO et al.** <br> **Respondents.** | : <br> : <br> :    **CIVIL ACTION NO. 05-2688** <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this ___ day June, 2007, upon careful and independent <u>de novo</u> consideration of the pleadings and record herein, after review of the Report and Recommendation of Thomas J. Reuter, United States Magistrate Judge (Doc. 17), and upon careful consideration Petitioner's Objections to the Report and Recommendation of United States Magistrate Judge, Thomas J. Reuter (Doc. 18), **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation (Doc. 17) is **APPROVED AND ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. 1) is **DISMISSED**; and

3. A certificate of appealability is <u>not</u> granted.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED** for statistical purposes.

BY THE COURT:

_____
Honorable Petrese B. Tucker, U.S.D.J.